IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 26 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

PAULA WALKER

PLAINTIFF

vs.   CASE NO. 2:06 CV 0026 JLH

Ark. Dept. of Correction

DEFENDANT

ORDER

Plaintiff having been granted leave of court to proceed in forma pauperis,

IT IS ORDERED THAT, pursuant to Rule 4(c)(iii) of the Federal Rules of Civil Procedure, the U.S. Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on the defendant(s) in this action.

The Marshal shall serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

DATED this \_\_\_26\_\_\_ day of \_\_\_Jan_____, 20\_06\_.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)